No. 97–326. ORLEANS PARISH SCHOOL BOARD v. UNITED STATES GYPSUM CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–328. TRUTH SEEKER CO., INC., ET AL. v. JACKSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–335. VANDER ZEE v. RENO, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–339. MICHIGAN MUTUAL INSURANCE CO., SUBROGEE OF CENTER MANUFACTURING, INC. v. OSRAM SYLVANIA, INC., FKA GTE PRODUCTS CORP. C. A. 6th Cir. Certiorari denied.

No. 97–346. ZETA CHI FRATERNITY v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 97–355. FINERTY ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 97–359. GREENWOOD ET AL. v. SOCIETE FRANCAISE DE TRANSPORTES MARITIME ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–367. LUMPKIN v. BROWN, MAYOR, CITY AND COUNTY OF SAN FRANCISCO, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–373. VAN POYCK v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–403. JOHNSON, INDIVIDUALLY AND ON BEHALF OF ALL PRESENT AND FUTURE INMATES OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION v. RODRIGUEZ, CHAIRMAN, TEXAS BOARD OF PARDONS AND PAROLES, ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–435. RITTER ET UX. v. ROSS, ROCK COUNTY TREASURER, ET AL. Ct. App. Wis. Certiorari denied.